UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DORIAN FRANK O'KELLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WARDEN, ) <br> *Georgia Diagnostic Prison*, ) <br> ) <br> Defendant. ) | Case No. CV415-104 |

## ORDER

The Court having reviewed and considered the petition of Lynn M. Pearson of the Georgia Resource Center, 303 Elizabeth Street, Atlanta, Georgia 30307, for permission to appear pro hac vice on behalf of plaintiff Dorian Frank O'Kelley, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Lynn M. Pearson as counsel of record for plaintiff Dorian Frank O'Kelley, in this case.

**SO ORDERED** this __27th__ day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA