# United States District Court

*Southern District of Georgia*

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

APR 28 2015

Dorian Frank O'Kelley, Petitioner

Case No. 4:15 CV 164   CLERK _____

_____
Plaintiff

SO. DIST. OF GA

v.

Warden, GDCP

Appearing on behalf of

Dorian Frank O'Kelley, Petitioner

_____
Defendant

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 28th day of April , 2015

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Brian S. Kammer |
| Business Address: | Georgia Resource Center |

Firm/Business Name

303 Elizabeth Street

Street Address

| | Atlanta | GA | 30307 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| | | | |
|---|---|---|---|
| Address Line 2 | City | State | Zip |
| 404.222.9202 | | 406322 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

| | |
|---|---|
| Email Address: | brian.kammer@garesource.org |

# United States District Court

## *Southern District of Georgia*

Dorian Frank O'Kelley, Petitioner

_____
Plaintiff

v. Warden, GDCP

_____
Defendant

Case No. _____

Appearing on behalf of : _____

Dorian Frank O'Kelley, Petitioner
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, _____Brian S. Kammer_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Savannah_____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____Middle District of Georgia_____ . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates _____John P. Batson_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __6 ㄲ__ day of _____April_____ , __2015.__ .

_____
(Signature of *Petitioner*)

### *CONSENT OF DESIGNATED LOCAL COUNSEL*

I, _____John P. Batson_____ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __6th__ day of __April__ , __2015__.

__042150__
Georgia Bar Number

_____
Signature of Local Counsel

706.737.4040
_____
Business Telephone

Law Office of John P. Batson _____ (Law Firm)
P.O. Box 3248 _____ (Business Address)
Augusta, GA 30914 _____ (City, State, Zip)
_____ (Mailing Address)
jpbatson@aol.com _____ (Email Address)

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

**CERTIFICATE OF
GOOD STANDING**

*I, William E. Tanner, Clerk of this Court,*

*certify that Brian S. Kammer, Bar No. 406322*

*was duly admitted to practice in this Court on*

*June 29, 2001, and is in good standing*

*as a member of the Bar of this Court.*

| | | | |
|---|---|---|---|
| *Dated at* | *Macon, Georgia* | *on* | *April 2, 2015* . |
| | LOCATION | | DATE |

| | |
|---|---|
| *William E. Tanner* | *s/ Cheryl M. Alston* |
| CLERK | DEPUTY CLERK |