# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

DORIAN FRANK O'KELLEY, )
)
    Petitioner, )
)
v. ) CASE NO. CV415-104
)
WARDEN, Georgia Diagnostic )
Prison, )
)
    Respondent. )
)

## **O R D E R**

On January 26, 2017, the Court received a letter from Petitioner in which he expresses a desire to dismiss his pending habeas petition. (Doc. 70.) Petitioner is currently represented by counsel. See S.D. Ga. L.R. 83.6(d). Accordingly, the Clerk of Court is directed to send a copy of the letter (Doc. 70) to counsel for Petitioner and counsel for Respondent.

SO ORDERED this 26th day of January 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

1/22/17

To, Mr. Judge Willam Moore
My name is Dorian Frank O'Kelley, Civil Case No. 4:15-CV-104-WTM. I am a death-row inmate in Jackson Georgia. I've filded a petition for writ of Habeas Corpus in April of 2015. I am at this point wish to drop all Motions and petition with your court. This is not a complant of my Appealet Counsel. Thay have worked hard and fairly on my appeals and I stand By there work that has been done on my Behaff. And Im Vary thankfull the State has afforded for me, for that Im Vary Greatfull. That said. I do not feel that th issuse I wish to argue Befor your court will be of any use give the law as it stands. It seem that my Best hope is in the Vary System to change in order for my arguments to have real weight to get a re Sentencing. And even then your Honer it would Be Vary hard not to be given death all over agin. Im Sorry for wasting your time and the resorses of the court. I do wish to keep my Counsel for the clemency Bord at the end, just to hang on the hope. Thank you for your time and service

DORIAN FRANK O'KELLEY 0001202337
G-4-17 , G.D.C.P
P.O. Box 3877
JACKSON GA. 30233

