IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DORIAN FRANK O'KELLEY,

    Petitioner,

v.

WARDEN,

    Respondent.

CASE NO. CV415-104

## ORDER

Before the Court are Petitioner's Motion for Leave to Appear Pro Hac Vice as to Vanessa J. Carroll (Doc. 94), Motion to Waive Pro Hac Vice Admission Fee as to Vanessa J. Carroll (Doc. 95), Motion for Leave to Appear Pro Hac Vice as to Cory H. Isaacson (Doc. 96), and Motion to Waive Pro Hac Vice Admission Fee as to Cory H. Isaacson (Doc. 97). Because the Court is satisfied that the two named attorneys have complied with the requirements of Local Rule 83.4, Petitioner's motions (Doc. 94; Doc. 96) are **GRANTED**. In addition, the Court finds that there is good cause to waive the pro hac vice admission fee in this case. Accordingly, Petitioner's motions to waive pro hac vice admission fees (Doc. 95; Doc. 97) are also **GRANTED**.

SO ORDERED this 13th day of February 2019.

            WILLIAM T. MOORE, JR.
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF GEORGIA