IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DORIAN FRANK O'KELLEY, )
 )
    Petitioner, )
 )
v. ) CASE NO. CV415-104
 )
WARDEN, Georgia Diagnostic )
Prison, )
 )
    Respondent. )
 )

## O R D E R

On April 2, 2019, this Court entered an order directing the parties as to what claims this Court will review on the merits. (Doc. 104.) Pursuant to the scheduling order (Doc. 57) filed in this case, Petitioner now has **forty-five days** to file a final brief on any of the remaining claims identified by the Court. Respondent shall have **thirty days** after service of Petitioner's brief to file a response. Petitioner shall then have **fifteen days** after service of the response to file any reply. **The parties are on notice that they are expected to comply with this briefing schedule and that no extensions will be granted by the Court.**

SO ORDERED this 2nd day of April 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA