IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DORIAN FRANK O'KELLEY,

Petitioner,

v.  CASE NO. CV415-104

WARDEN, Georgia Diagnostic Prison,

Respondent.

## O R D E R

Before the Court is Petitioner's Motion for Enlargement of the Briefing Schedule and Request for a Status Conference. (Doc. 106.) After carefully reviewing Petitioner's motion, the Court can find no reason to grant Petitioner the relief he seeks. Accordingly, Petitioner's motion is **DENIED**.

SO ORDERED this 8th day of April 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA