IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DORIAN FRANK O'KELLEY, )
      )
  Petitioner, )
      )
v. ) CASE NO. CV415-104
      )
WARDEN, Georgia Diagnostic )
Prison, )
      )
  Respondent. )

## O R D E R

Before the Court is Petitioner's Motion for *Nunc Pro Tunc* Appointment. (Doc. 114.) In the motion, Petitioner's counsel requests that the Court make its February 12, 2019 appointment of counsel Vanessa Carroll *nunc pro tunc* to January 18, 2019. (Id.) Ms. Carroll asserts that she has been working on Petitioner's case since January 18, 2019 and would like to request compensation for the billable hours she accrued before this Court's formal appointment on February 14, 2019. (Id.) After careful consideration, Petitioner's request is **GRANTED**.

SO ORDERED this 8th day of August 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA